# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2022 KW 0467

VERSUS

PHILIPPE VEETERS                                          **MAY 05, 2022**

---

In Re:      State of Louisiana, applying for supervisory writs,
            19th Judicial District Court, Parish of East Baton
            Rouge, No. DC-19-07235.

---

**BEFORE:     GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**STAY DENIED.   WRIT GRANTED IN PART AND DENIED IN PART.** The
trial court's order is modified to provide that the subpoenas
duces tecum issued for the listed records of the victims named
in the bill of information for the period of June 6, 2018 to the
present be produced for in camera inspection by the trial court.
In all other respects, the writ application is denied.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT